UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| JIMMY M. SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN H. MOONEY; ACIN LLC; and NRP (OPERATING) LLC,<br><br>   Defendants. | Case No. 1:10cv00067 |

## STIPULATION OF DISMISSAL

**COME NOW** the parties, by and through counsel, and, due to Defendants' submission of information regarding the absence of diversity of citizenship under 28 U.S.C. §1332, do hereby stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Such dismissal is without prejudice, with each party to bear their own costs.

Respectfully submitted, this the 4th day of January, 2011.

| | |
|---|---|
| **JOHN H. MOONEY, ACIN LLC and NRP (OPERATING) LLC,**<br><br>**DEFENDANTS**<br><br>By:   /s/ Cameron S. Bell<br>Cameron S. Bell, VSB #47685<br>PennStuart<br>P. O. Box 2288<br>Abingdon, VA 24212<br>Telephone: (276) 628-5151<br>Facsimile:  (276) 628-5621<br>cbell@pennstuart.com | **JIMMY M. SMITH,**<br><br>**PLAINTIFF**<br><br>By: /s/ Larry D. Moffett<br>Larry D. Moffett<br>DANIEL COKER HORTON & BELL, P.A.<br>265 North Lamar Blvd., Suite R<br>P. O. Box 1396<br>Oxford, MS 38655<br>Telephone: (662) 232-8979<br>Facsimile:  (662) 232-8940<br>lmoffett@danielcoker.com |

Peter G. Glubiak (VSB 31271)
GLUBIAK LAW OFFICE
11165 West River Road
P.O. Box 144
Aylett, VA  23009
Telephone:  (804) 769-1616
Facsimile:   (804) 769-1897
glubiaklaw@aol.com

Jackson S. White, Jr. (VSB 03677)
The White Law Office
P. O. Box 286
185 Valley St NE
Abingdon, VA 24212
Telephone: (276) 619-3831
Facsimile: (866) 516-5655
jackwhite@whitelawoffice.com

Don Barrett
Brian Herrington
Katherine B. Riley
David M. McMullan, Jr.
BARRETT LAW GROUP, P.A.
404 Court Square North
P.O. Drawer 927
Lexington, MS  39095
Telephone:  (662) 834-2488
Facsimile:   (662) 834-2628
dbarrett@barrettlawoffice.com
bherrington@barrettlawgroup.com
kbriley@barrettlawoffice.com
dmcmullan@barrettlawoffice.com

David S. Stellings
Steven E. Fineman
Daniel E. Seltz
Jennifer Gross
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
dstellings@lchb.com
sfineman@lchb.com
dseltz@lchb.com

jgross@lchb.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann
 & Bernstein, LLP
275 Battery Street
San Francisco, CA 94111
Telephone:  (415) 956-1000
ecabraser@lchb.com

Elizabeth A. Alexander
Lieff Cabraser Heimann
 & Bernstein, LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219
Telephone:  (615) 313-9000
Facsimile: (615) 313-9965
ealexander@lchb.com

Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
1223 Jackson Avenue, Suite 203
Oxford, MS 38655
Telephone: (662) 307-7000
rrb@rrblawfirm.net

Charles F. Barrett
Attorney at Law
6518 Highway 100, Suite 210
Nashville TN 37205
Telephone: (615) 515.3393
Facsimile: (615) 515.3395
charles@cfbfirm.com